■ EAST 4TH STREET GARAGE, INC., Respondent, v L.B. MANAGEMENT COMPANY, Appellant.—Order, Supreme Court, New York County (Phyllis Gangel-Jacob, J.), entered July 11, 1990, which granted the plaintiff's motion for a preliminary injunction enjoining defendant from, *inter alia,* terminating the lease, unanimously affirmed, with costs.

The IAS court properly granted injunctive relief, whether measured under the test for a *Yellowstone* injunction *(Stuart v D & D Assocs.,* 160 AD2d 547) or measured under the traditional test for a preliminary injunction *(Rosenthal v Mahler,* 141 AD2d 625). A termination clause in a lease does not result in automatic termination if it requires some action on the part of the landlord *(Perrotta v Western Regional Off-Track Betting Corp.,* 98 AD2d 1). Long-standing acceptance of late payment of rent can constitute waiver by the landlord of the right to enforce strictly a deadline for payment of rent *(61 E. 72nd St. Corp. v Zimberg,* 161 AD2d 542). The agreement

provides for notice to be given by the landlord, and a notice of default sent in the attorney's name is ineffective where the attorney was not named as agent in the agreement *(Film-trucks, Inc. v Express Indus. & Term. Corp.,* 127 AD2d 509). Although none of these issues can be determined as a matter of law at this time, the plaintiff has shown a likelihood of success on the merits on each of them. Concur—Sullivan, J. P., Wallach, Asch and Smith, JJ.